UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILLIARD W. FIELDS,

     Plaintiff,

vs.                                  Case No. 8:09-CV-1086-T-27EAJ

WINTER HAVEN POLICE DEPARTMENT,

     Defendant,
_____/

## ORDER

This cause is before the court *sua sponte*. In an earlier Order, the Magistrate Judge correctly

denied Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 4). Plaintiff's Affidavit of

Indigency was incomplete and did not enable the court to determine whether Plaintiff was entitled

to proceed *in forma pauperis.* Plaintiff was directed to "1) file a new motion to proceed *in forma*

*pauperis* supplemented with complete financial information or 2) submit the requisite filing fee to

the Clerk." Id. The Order expressly admonished Plaintiff that the complaint would be dismissed if

Plaintiff failed to file either a new motion or pay the filing fee on or before July 10, 2009. Plaintiff

has done neither.

Accordingly, the complaint is DISMISSED without prejudice. The Clerk is directed to deny

any pending motions as moot and close this case.

**DONE AND ORDERED** in chambers this 25th day of August, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff *pro se*